UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In Re:

Paul D. Ransom and
Mary S. Ablao

Case No.: 14-03366
Chapter 13
Honorable Scott W. Dales

Debtors

## DEBTORS' FOURTH POST-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN

NOW COME the Debtors, by their attorney, Debt Relief Legal Clinic, PLLC, and as for their Fourth Post-Confirmation Amendment to Chapter 13 Plan, states as follows:

1. Debtors filed for relief under Chapter 13 of the Bankruptcy Code on May 13, 2014, and their Chapter 13 Plan was confirmed on August 28, 2014.

2. Debtors have met with counsel for Annual Review and filed contemporaneously herewith Amended Schedules I and J.

3. Debtors amend their Plan to provide an increase in the monthly payment to $1,950.00, effective August 1, 2018.

4. This Fourth Amendment will have a positive impact on the general unsecured creditors and is not being served on the creditor matrix.

5. That the provisions of Debtors' Plan, except as amended herein and heretofore, shall remain unaffected.

WHEREFORE, Debtors pray that this Fourth Amendment to their Chapter 13 Plan be allowed.

Date: 7/24/18

Paul D. Ransom, Debtor

Date: 7/24/18

Mary S. Ablao, Joint Debtor

DRAFTED BY:

*K. Krol*

Kristen L. Krol (P55103)
Debt Relief Legal Clinic, PLLC
Attorney for Debtors
4710 W. Saginaw Highway, Suite C
Lansing, Michigan 48917-2654
517-321-6804 ♦ debtrlc@drlc.com

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In Re:

    Paul D. Ransom and
    Mary S. Ablao

Case No.: 14-03366
Chapter 13
Honorable Scott W. Dales

                          Debtors

## **NOTICE AND OPPORTUNITY TO OBJECT**

    Notice is hereby given that Debtors, by their attorney, Debt Relief Legal Clinic, PLLC, filed their Fourth Post-Confirmation Amendment to Chapter 13 Plan.

    Please note: DEBTORS' FOURTH POST-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN, attached hereto, has been filed in the above cause. No hearing will be set before the Court, unless a written objection to this Amendment is timely filed with the Clerk of the Bankruptcy Court. If you have any objection, you have 21 days from the date of service of this notice in which to file such written objection. In the event an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

    If you file a written objection, the original should be sent to: United States Bankruptcy Court, One Division Avenue, NW, Room 200, Grand Rapids, Michigan 49503.

    A copy of any objection shall also be served upon the following:

| | |
|---|---|
| Kristen L. Krol | Barbara P. Foley |
| Debt Relief Legal Clinic, PLLC | Chapter 13 Trustee |
| 4710 W. Saginaw Highway, Suite C | 229 E. Michigan Avenue, Suite 440 |
| Lansing, Michigan 48917-2654 | Kalamazoo, Michigan  49007 |

                                      DEBT RELIEF LEGAL CLINIC, PLLC

                                      /s/ Kristen L. Krol
                                      Kristen L. Krol (P55103)
                                      Attorney for Debtors
                                      4710 W. Saginaw Highway, Suite C
                                      Lansing, Michigan 48917-2654
                                      517-321-6804 ♦ debtrlc@drlc.com

Date Notice Served: July 25, 2018

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In Re:

    Paul D. Ransom and
    Mary S. Ablao

                        Debtors

Case No.: 14-03366
Chapter 13
Honorable Scott W. Dales

## ORDER APPROVING FOURTH POST-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN

This cause having come on to be heard on Debtors' Fourth Post-Confirmation Amendment to Chapter 13 Plan, and it appearing that no objection was filed within the time allowed by the Notice and Opportunity to Object, which appears from the filed Proof of Service to have been duly served, or any objection so filed has been withdrawn, and the Court being fully advised in the premises, Now, Therefore;

IT IS HEREBY ORDERED that Debtors' Fourth Post-Confirmation Amendment to Chapter 13 Plan, be and is hereby approved, as follows: plan payment shall be increased to $1,950.00, effective August 1, 2018.

### END OF ORDER

PREPARED BY:
DEBT RELIEF LEGAL CLINIC, PLLC
By: Kristen L. Krol (P55103)
Attorney for Debtors
4710 W. Saginaw Highway, Suite C
Lansing, Michigan 48917-2654
517-321-6804 ♦ debtrlc@drlc.com

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In Re:

Paul D. Ransom and
Mary S. Ablao

Debtors

Case No.: 14-03366
Chapter 13
Honorable Scott W. Dales

## PROOF OF SERVICE

The undersigned certifies that a copy of Debtors' Fourth Post-Confirmation Amendment to Chapter 13 Plan, Notice & Opportunity to Object, and proposed Order Approving Debtors' Fourth Post-Confirmation Amendment to Chapter 13 Plan was served electronically upon Barbara P. Foley, Chapter 13 Trustee, on the 25th day of July, 2018.

I declare that the statement above is true to the best of my information, knowledge, and belief.

Dated: July 25, 2018

/s/ Elizabeth A. Smith
Elizabeth A. Smith, Legal Secretary for
Debt Relief Legal Clinic, PLLC
Attorney for Debtors
4710 W. Saginaw Highway, Suite C
Lansing, MI 48917-2654
517-321-6804 ♦ debtrlc@drlc.com